**Order entered November 23, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01335-CR
## No. 05-16-01357-CR

### EX PARTE MICHAEL CHARLES MCDERMOTT

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-80439-2015, 380-80437-2015**

## ORDER

We **VACATE** our order of November 18, 2016 setting scheduling in these appeals because the appellate cause number for cause no. 05-16-01357-CR was incorrect on the order. We issue this order to reset scheduling on these appeals.

The Court is in receipt of appellant's notices of appeal from the trial court's orders denying relief on his pretrial applications for writ of habeas corpus. These are accelerated appeals and are governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare certifications of appellant's right to appeal and to file them within **TEN DAYS** of the date of this order. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Collin County District Clerk to file the clerk's records by **December 12, 2016**. We **ORDER** that the clerk's records contain copies of the indictments, the

documents related to the applications for writ of habeas corpus, the trial court's orders, and the trial court's certifications of appellant's right to appeal.

We **ORDER** the court reporter to file, by **December 12, 2016**, either the reporter's record or written verification that no hearing was conducted.

We **ORDER** appellant to file his brief by **January 3, 2017**. We **ORDER** the State to file its brief by **January 24, 2017**. After the records and briefs have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin N. Smith, Presiding Judge, 380th Judicial District Court; Karla Kimbrell, Official Court Reporter, 380th Judicial District Court; Lynne Finley, Collin County District Clerk; and counsel for all parties.

/s/     LANA MYERS
JUSTICE